```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

JEFFREY PILGRIM                                          PLAINTIFF

VS.                              CIVIL ACTION NO. 3:12CV427TSL-JMR

CAROLYN W. COLVIN, ACTING COMMISSIONER                   DEFENDANT
OF SOCIAL SECURITY

<u>ORDER</u>

This cause is before the court on the objections of plaintiff Jeffrey Pilgrim to the report and recommendation of United States Magistrate Judge John M. Roper entered on January 22, 2014, recommending that the court grant defendant's motion to affirm the ALJ's decision that plaintiff is not entitled to social security benefits and deny plaintiff's motion for summary judgment which seeks reversal of the decision and an award of benefits or, in the alternative, remand for further proceedings. The court, having fully reviewed the report and recommendation and being duly advised in the premises, now finds that the report and recommendation is adopted over the objections of the plaintiff as the opinion on the court.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 27th day of March, 2014.


                                    /s/Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE